NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN STEVENSON,                      )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-3205
                                     )
KAREN L. STEVENSON,                  )
                                     )
            Appellee.                )
_____)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Mark F. Baseman of Felix, Felix &
Baseman, Tampa, for Appellant.

Kristin A. Norse and Stuart C. Markman of
Kynes, Markman & Felman, P.A., Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.